Date July 23, 2021

## To: Middle District Court of Florida, Case No. 8:21-CV-1717-MSS-SPF
## 801 North Florida Ave, Tampa FL 33602

On July 23, 2021 I got a phone call from Coinbase external lawyer Mattew Miller ( **DLA Piper LLP (US),** 555 Mission Street, Suite 2400, San Francisco, CA 94105-2933, Mobile Phone Number 415-793-9634, e-mail: matt.miller@dlapiper.com ) telling me that they are not going to respond to my questions in my complaint which he acknowledges that Coinbase has received my subpoena documents. Instead they are going to file for the motion for using AAA arbitration in lue of their "User Agreement" (7.2).

I would like to inform the court that I am not going to refer my case to AAA, I want this court to hear my case.

Coinbase has violated several clauses of its own User Agreement (Exhibit H, Pages 6-9). Coinbase violated their own insurance Policy: "The policy insures against theft of digital currency that results from a security breach or hack, employee theft, or fraudulent transfer". (Exhibit H, page 10 ) and they have no right to force me to follow their rules.

I opened Dispute with Coinbase 2 times and both times they totally ignored me.

Please see the list below for which the User agreement rules were violated by Coinbase

*2.6.1* **Ownership**. *Title to Digital Currency shall at all times remain with you and shall not transfer to Coinbase. None of the Digital Currencies in your Digital Currency Wallet are the property of, or shall or may be loaned to, Coinbase; Coinbase does not represent or treat assets in User's Digital Currency Wallets as belonging to Coinbase. Coinbase will not sell, transfer, loan, hypothecate, or otherwise alienate Digital Currency in your Digital Currency Wallet unless instructed by you.*

*2.6.2* **Control**. *You control the Digital Currencies held in your Digital Currency Wallet. At any time, subject to outages, downtime, and other applicable policies, you may withdraw your Digital Currency by sending it to a different blockchain address. As long as you continue to custody your Digital Currencies with Coinbase, Coinbase shall retain control over electronic private keys associated with blockchain addresses operated by Coinbase, including the blockchain addresses that hold your Digital Currency.*

*2.7.* **USD Wallet**. *Your USD Wallet allows you to hold and transfer USD with your Coinbase Account as described below. In general, we will combine the balance of your USD Wallet with other customers' balances and either hold those funds in a custodial account at a U.S. FDIC-insured bank or invest those funds in liquid investments, such as U.S. treasuries, in accordance with state money transmitter laws. Coinbase owns the interest or other earnings on these investments. Pooled customer funds are held apart from Coinbase's corporate funds and Coinbase will neither use these funds for its operating expenses or any other corporate purposes.*

*3.7.* **Unauthorized and Incorrect Transactions.** *When a Digital Currency or USD transaction occurs using your credentials, we will assume that you authorized such transaction, unless you notify us otherwise. If you believe you did not authorize a particular transaction or that a transaction was incorrectly carried out, you must contact us as soon as possible either by email free of charge at https://support.coinbase.com or by phone at +1 (888) 908-7930 . It is important that you regularly check your USD Wallet and Digital Currency Wallet balances and your transaction history regularly to ensure you notify us as soon as possible of any unauthorized or incorrect transactions to. We are not responsible for any claim for unauthorized or incorrect transactions unless you have notified us in accordance with this section.*

*3.8.* **Account Information.** *You will be able to see your USD Wallet and Digital Currency Wallet balances using the Coinbase Site. You can also see your transaction history using the Coinbase Site, including (i) the amount (and currency) of each Digital Currency Transaction, (ii) a reference to the identify of the payer and/or payee (as appropriate), (iii) any fees charged.*

*3.10.* **Reversals & Cancellations.** *We reserve the right to refuse to process, or to cancel or reverse, any Digital Currency Transaction or Transfers in our sole discretion, even after funds have been debited from your account(s), if we suspect the transaction involves (or has a high risk of involvement in) money laundering, fraud, or any other type of financial crime; if we reasonably suspect that the transaction is erroneous; or if Coinbase suspects the transaction relates to Prohibited Use. In such instances, Coinbase will reverse the transaction and we are under no obligation to allow you to reinstate a purchase or sale order at the same price or on the same terms as the cancelled transaction.*

*4.2.* **Pending Transactions**. *Once a Digital Currency Transfer is submitted to a Digital Currency network, the transaction will be unconfirmed and remain in a pending state for a period of time*

sufficient for confirmation of the transaction by the Digital Currency network. A Digital Currency Transfer is not complete while it is in a pending state. Pending Digital Currency Transfers that are initiated from a Coinbase Account will reflect a pending transaction status and are not available to you for use on the Coinbase platform or otherwise while the transaction is pending.

**4.4. Outbound Digital Currency Transfers.** We may refuse to process or cancel any pending Outbound Digital Currency Transfers as required by law or any court. Additionally, we may require you to wait some amount of time after completion of a transaction before permitting you to use further Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits.

**7.5. Prohibited Use.**  We reserve the right to cancel and/or suspend your Coinbase Account(s) and/or block transactions or freeze funds immediately and without notice if we determine, in our sole discretion, that your Account is associated with a Prohibited Use.

**7.6. Transaction Limits**. The use of all Coinbase Services is subject to a limit on the amount of volume, stated in U.S. Dollar terms, you may transact or transfer in a given period (e.g., daily). To view your limits, login to your Coinbase Account(s)(s) and visit https://www.coinbase.com/verifications. Your transaction limits may vary depending on your payment method, verification steps you have completed, and other factors. Coinbase reserves the right to change applicable limits as we deem necessary in our sole discretion. If you wish to raise your limits beyond the posted amounts, you may submit a request at https://support.coinbase.com. We may require you to submit additional information about yourself or your business, provide records, and arrange for meetings with Coinbase staff (such process, "Enhanced Due Diligence").  In our sole discretion, we may refuse to raise your limits or we may lower your limits at a subsequent time even if you have completed Enhanced Due Diligence.

**8.2.1. Procedural Steps**. In the event that your dispute with Coinbase is not resolved through your contact with Coinbase Support, you agree to use our Complaint form to describe your Complaint, how you would like us to resolve the Complaint, and any other information related to your dispute that you believe to be relevant. The Complaint form can be found on the Coinbase support pages, https://support.coinbase.com

**8.2.2. Coinbase Response**. We will acknowledge receipt of your Complaint form after you submit it. A Coinbase customer relations agent ("Agent") will review your Complaint. The Agent

will evaluate your Complaint based on the information you have provided and information in the possession of Coinbase. Within 15 business days of our receipt of your Complaint form, the Agent will address the issues raised in your Complaint form by sending you an e-mail ("Resolution Notice") in which the Agent will: (i) offer to resolve your complaint in the way you requested; (ii) make a determination rejecting your Complaint and set out the reasons for the rejection; or (iii) offer to resolve your Complaint with an alternative solution. In exceptional circumstances, if the Agent is unable to respond to your Complaint within 15 business days for reasons beyond Coinbase's control, the Agent will send you a communication indicating the reasons for any delay in answering your Complaint, and specifying the deadline by which the Agent will respond to your Complaint, which will be no later than 35 business days from our receipt of your Complaint form.

===========================================================

The copy of this Document has been emailed to:
Mattew Miller matt.miller@dlapiper.com
and Coinbase email: civil.subpoenas@coinbase.com


**Fed Court says Coinbase can be held negligent for allowing "dysfunctional market" and why this matters. Please check the Link below**

Fed Court says Coinbase can be held negligent for allowing "dysfunctional market" and why this matters (theblockcrypto.com)


This document is submitted by
Plaintiff: Rahila Tarverdiyeva
         460 Archway Dr.
         Spring Hill, FL 34608
Mobile Phone Number: 404 200 0378
E-mail: Rahilatari469@gmail.com

23.07.2021