**CERTIFIED MAIL®**

7020 0640 0001 3637 2953

U.S. POSTAGE PAID
FCM LG ENV
LAKE CITY, FL
32055
JUL 24, 21
AMOUNT
**$4.60**
R2305K138473-03

From: Rahila Tarverdiyeva
   460 Archway Dr.,
   Spring Hill, FL 34608

To:  Middle District Court of Florida
   *801 North Florida Ave,*
   *Tampa FL 33602*

*Case No. 8:21-CV-1717-MSS-SPF*