DocuSign Envelope ID: 3DF17225-1993-45BD-AF4E-BA8989EBD704

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **RAHILA TARVERDIYEVA**, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.:  8:21-cv-1717-MSS-SPF |
| | ) |
| **COINBASE GLOBAL, INC. a/k/a** | ) |
| **COINBASE**, | ) |
| | ) |
| Defendant. | ) |
| _____ | / |

## DECLARATION OF CARTER MCPHERSON-EVANS

I, Carter McPherson-Evans, hereby declare as follows:

1.      I am a Regulatory Program Manager at defendant Coinbase, Inc. ("Coinbase").  I have been employed by Coinbase since February 2017.  In this role, I help maintain compliance with Coinbase's money licensing requirements, routinely review user accounts to resolve user disputes, and respond to regulatory inquiries.  I am familiar with the process by which users sign up for Coinbase accounts and accept the terms of the Coinbase User Agreement.  I am also familiar with the way user account information is logged and stored in the ordinary course of business, and I understand how to retrieve such records and information.

2.      I have personal knowledge of the facts set forth in this declaration based upon my review of records maintained by Coinbase.  I make this declaration in support of Coinbase's Motion to Compel Arbitration and Stay the Proceedings.

3.      Coinbase is a digital currency wallet and exchange platform that provides an online platform for the buying, selling, transferring, and storing of digital currencies.

4.      All prospective users who seek to access Coinbase's platform must first establish a Coinbase account and, as described below, indicate their assent to the Coinbase User Agreement ("User Agreement").  There is no charge to sign up for a Coinbase account.  Accepting the terms and conditions of the User Agreement grants the user with a limited and nontransferable license to access and use the Coinbase Site and related content.

5.      I understand that the above-captioned lawsuit is brought by Plaintiff Rahila Tarverdiyeva ("Plaintiff").  I have reviewed electronic records pertaining to Plaintiff's Coinbase account history and activity.  Coinbase records show that Plaintiff created a Coinbase account on December 17, 2017 via its website (https://www.coinbase.com/).

6.      A true and correct copy of the User Agreement in effect at the time of Plaintiff's registration and to which Plaintiff consented is attached hereto as **Exhibit 1**.      This      is      the      agreement      that      was      located      at www.coinbase.com/legal/user_agreement   on   December   17,   2017   and   is   the agreement that Coinbase presented to Plaintiff during the registration process.

7.      Coinbase maintains archives of its user agreements in text-only format in a centralized repository in the ordinary course of business.  Provisions of the User

DocuSign Envelope ID: 3DF17225-1903-45BD-AF1E-BAB929EBD7D4

Agreement that appeared to users in bold are signified by double asterisks in the attached text-only version.  In other words, any text that is situated between double asterisks in Exhibit 1 would have appeared in bold in the live version on Coinbase's website and mobile application.

8.      The User Agreement begins by stating: "This is a contract between you and Coinbase, Inc. ('Coinbase').   By signing up to use an account through coinbase.com or gdax.com, or any associated websites, APIs, or mobile applications (collectively the 'Coinbase Site'), you agree that you have read, understood, and accept all of the terms and conditions contained in this Agreement, as well as our [Privacy Policy] (https://www.coinbase.com/legal/privacy) and E-Sign Consent."

9.      User Agreement § 7.2, titled, "**Arbitration; Waiver of Class Action**," appeared to users in bold font and states in relevant part:

> **If we cannot resolve the dispute through our support team, you and we agree that any dispute arising under this Agreement shall be finally settled in binding arbitration, on an individual basis, in accordance with the American Arbitration Association's rules for arbitration of consumer-related disputes (accessible at https://www.adr.org/sites/default/Consumer%20Rules.PDF) and you and Coinbase hereby expressly waive trial by jury and right to participate in a class action lawsuit or class-wide arbitration.**

                    *       *       *       *

10.     Section 7.2 provides for the mandatory arbitration of disputes before the American Arbitration Association under its Consumer Arbitration Rules.  Section 7.2 provides a convenient and cost-effective procedure for the resolution of user disputes, in which "[t]he arbitration will be conducted by a single, neutral arbitrator and shall take place in the county or parish in which [the user] reside[s], or another mutually

3

DocuSign Envelope ID: 3DE17225-1903-45BD-AF1E-BA9089EBD704

agreeable location, in the English language." *Id.*  At the user's request, hearings may be conducted by telephone, with the option of "submitting and determining motions on briefs, without oral hearings" at the arbitrator's discretion.  *Id.*  Coinbase further offers reimbursement of arbitration filing fees and other administrative costs in excess of those that the user would have paid if proceeding in court.  *Id.*

11.     Prospective users can create Coinbase accounts both on its website and via the Coinbase mobile application.

12.     The procedure for creating a Coinbase account on December 17, 2017, which was substantially similar to the procedure in place today, is as follows.  Upon opening the website and clicking "Sign up," the prospective user was directed to input his or her first and last name, email address, and newly created password.  Then, upon receiving that information, the website presented each prospective user with the full text of the User Agreement in its entirety and prompted the prospective user to click either "I Agree" or "Cancel."

13.     To proceed with creating an account, each prospective user had to complete each of the above fields—including clicking "I Agree" when presented with the full text of the User Agreement.  In December 2017 (and continuing through today), it was impossible for a customer to create a Coinbase account without expressly indicating his or her agreement to the User Agreement by clicking "I Agree."  Should a prospective user click "Cancel" or attempt to create an account without clicking "I Agree," the account would not be created.

14.     Coinbase maintains a log of certain actions taken by customers in connection with their Coinbase account.  The log for Plaintiff shows that she "accepted user agreement" on December 17, 2017 at 3:24 p.m. Pacific time.  A true and correct copy of this entry in the Coinbase log for Plaintiff is attached hereto as **Exhibit 2**.  This event log indicates that Plaintiff clicked "I Agree" on the registration page indicating that she agreed to the Coinbase User Agreement on December 17, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 12th day of August 2021 at San Francisco, California.

DocuSigned by:

*Carter McPherson-Evans*

DB4BD291E4504E0...

Carter McPherson-Evans

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2021, a true and correct copy of the foregoing was furnished by United States mail to:

Rahila Tarverdiyeva
480 Archway Drive
Spring Hill, FL 34606
*Pro Se* Plaintiff

*/s/ Amanda E. Reagan*
Attorney

6