# **EXHIBIT 2**

| User | Action | Device | Resolution | IP | Location | Source | When | Details (Toggle params) |
|---|---|---|---|---|---|---|---|---|
| Rahila Tarverdiyeva | accepted user agreement | 9531b... (Filter) | 1280 x 720 | 24.99.2.20 | United States | web | 2017-12-17 3:24 PM PST | Show | Params |