UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | | |
|---|---|---|
| **RAHILA TARVERDIYEVA,** | ) | |
| | ) | *Plaintiff* |
| vs. | ) | Case No.: 8:21-cv-1717-MSS-SPF |
| **COINBASE GLOBAL, INC. a/k/a)** | | |
| **COINBASE,** | ) | *Defendant* |

### PLAINTIFF's REPLY TO DEFENDANT'S MOTION Dt. August 12, 2021

*1.* The Motion filed by the Defendant is not true and not correct.
*2.* The Plaintiff denies all the contents of the Motion filed by the Defendant except for the contents specifically agreed.
*3.* The Plaintiff would like to bring to the attention of the Hon'ble Court that the Defendant has filed the Motion on Date August 12, 2021, which is beyond the time limit given by the Hon. Court. That said, this Hon'ble Court had issued Summons to the Defendant on Date July 20, 2021 directing the Defendant to appear in the matter on August 10, 2021. The said summons was delivered to the Defendant on the email: civil.subpoenas@coinbase.com and through mail on July 22, 2021.

*4.* The Plaintiff respectfully submits that the Defendant has duly signed and acknowledged the summons. Moreover, there was sufficient time provided to the Defendant to file its response in due time and / or sufficient time to submit its motion on or before August 10, 2021. The Plaintiff respectfully submits that by filing the Motion on August 12, 2021 the Defendant has submitted beyond the time limit given to the Defendant. Furthermore, the Defendant neither submitted its motion by seeking proper excuse for delayed submission nor the Hon'ble Court has granted any extension of time to submit the Motion / response.

*5.* The Plaintiff would also like to bring to the attention of the Hon'ble Court that the plaintiff has raised on various occasions (in November, December, and January) complaints/disputes with the Defendants company at its customer service support. Unfortunately, I was not able to get the answers to my direct questions, the Defendants ignored such questions of the Plaintiff and / or did not respond to the complaints of the plaintiff professionally, and they did not satisfy the concerns expressed by the plaintiff.

**6.** The Plaintiff further requests the Hon'ble Court that, if the Defendant was of the opinion that the plaintiff should raise her complaint with the Arbitration then it could have responded in due time in a professional manner. The Plaintiff gave ample opportunities to the Defendant to resolve the dispute out of the court in an amicable manner, but it seems that the Defendant was never interested in resolving the disputes.

**7.** The Plaintiff respectfully submits that the Plaintiff's lawyers have sent two Demand Letters thereby inviting the Defendant to resolve the disputes amicably.
The Defendant purposely with bad intention in the mind maintained his silence on the concerns raised by the Plaintiff and intentionally opted not to reply to those letters. Thus, the Defendant willfully failed to respond to the letters, thereby, ignored the requests of Plaintiff. And therefore, this has forced the Plaintiff to raise her case in the Court of Law.

**8.** The Plaintiff believes that the Defendant willfully and intentionally have neglected the Plaintiff and her requests to resolve the disputes amicably and therefore the Defendant should not be allowed to take such defense thereby forcing the plaintiff to file its complaint at Arbitration.

**9.** The Plaintiff would like to bring to the attention of the Hon'ble Court, the fact that, at the time of Plaintiff's registration, the Plaintiff was bound to accept the User Agreement as it was, and the Plaintiff was neither allowed to suggest any amendment nor was allowed to provide its comments in the user agreement. That said, the consent was not a free consent (i.e., undue influence) and was a forceful consent which the plaintiff has provided to the Defendant. This means, the Plaintiff could not have created the account without clicking "I Agree" to the User Agreement. The Plaintiff necessarily accepted the User Agreement prior to creating her account". The Plaintiff believes that the consent taken under the undue influence cannot be deemed as free consent.

**10.** The Plaintiff respectfully further submits that, the User Agreement was accepted under the influence of false and misleading representations made by the Defendant, which are as follows:

   **(i)** Coinbase is the most trusted cryptocurrency platform.
   **(ii)** Coinbase provides insurance for its client's funds.
   **(iii)** Coinbase takes several steps to ensure the security of our customers' accounts.
   **(iv)** Coinbase adheres to the highest standards of cryptocurrency standards and requirements including KYC/AML compliance and reporting, and those required by FinCEN, DFS and BitLicense;
   **(v)** The Coinbase will review and resolve the dispute within 15 days etc.

**11.** The Plaintiff respectfully submits to the Hon'ble Court that the above information / advertisement being published by the Defendant (Coinbase) is completely false, misleading, and deceptive in nature. The Plaintiff humbly requests to the Hon'ble Court that if the motion of the Defendant is granted then it will cause an irrecoverable loss to the Plaintiff.

**12.** The Plaintiff further would like to bring to the attention of the Hon'ble Court that the Defendant usually blocks the user accounts for no reason for several months without giving notice to the users.

**13.** Moreover, the Defendant is not providing any insurance to its client's for depositing their funds which is again deceptive and misleading information. The information that "Coinbase takes a number of steps to ensure the security of our customers' accounts" again is not true.

**14.** The Plaintiff respectfully submits that, the Defendant's practice that, it adheres to the highest standards of cryptocurrency standards and requirements including KYC/AML compliance and reporting, and those required by FinCEN, DFS and BitLicense is also not true, and is deceptive and misleading.

**15.** According to the user agreement that the Defendant will review and resolve the dispute within 15 days, is also not correct. On the contrary the Defendant will mark your case "as resolved" without giving any reasons / explanation / solutions to the issue.

**16.** Further, the Plaintiff recently learned that many Reddit users have complained about this on its portal www.reddit.com. The Plaintiff trusted / relied on the Coinbase's advertisement and represented capabilities and guarantees when the Plaintiff signed the User Agreement, and entrusted Defendant (Coinbase) with her assets.

**17.** The Plaintiff respectfully submits that, at the time these representations were made and at the time the Plaintiff engaged the services of Coinbase, she was ignorant of the falsity of Coinbase's representations and believed them to be true. The Plaintiff relied upon Coinbase's misleading misrepresentations that they are the most trusted and safest cryptocurrency platform in the world. In fact, the Defendant (Coinbase) claiming to adhere to the highest standards of cryptocurrency custody is deceptive and misleading.

**18.** The Plaintiff further believes that, for the reasons mentioned above, the Defendants are against the Court. That said, the court is open to the public, but arbitration is not. Moreover, there are cases when the arbitrator could be biased because it has a business relationship with one party or is selected by an agency from a pool list. In those situations, impartiality is lost. Arbitration eliminates juries entirely, leaving matters in the hands of a single arbitrator, who acts as both judge and jury. Arbitration hearings are generally held in private which could be advantageous to the companies like Defendant. However, it is possible that this lack of transparency makes the process more likely to be biased, which may be problematic because arbitration decisions are also infrequently reviewed by the courts. Arbitration does not necessarily follow the formal rules of procedure and evidence that are involved in a courtroom trial, which could damage Plaintiff's case.

**19.** The Plaintiff further believes that she is entitled to a right of action against Defendant (Coinbase), to be heard in this Court. The Plaintiff is entitled to a judgment for deceptive business practices, awarding damages against Coinbase in an amount to be determined by this Court.

**20.** For the above reasons the plaintiff was forced to raise its complaint in the district Court of Florida. And therefore, the Plaintiff hereby submits its humble request the Hon'ble Court to issue order in the favor of Plaintiff / against the Defendant that -

**(a)** The Court has jurisdiction to consider the dispute filed by the Plaintiff and to adjudicate the said matter.

**(b)** The Motion filed by the Defendant is beyond the time limit provided by the Hon'ble Court and therefore to be dismissed. and to make a note - Defendant's default entry in the matter.

**(c)** That Defendants has violated their obligations and the Plaintiff is entitled to the Claim the damages as per the petition filed.

**(d)** To order the Defendant to compensate Plaintiff for the damages and losses suffered because of Defendant's breaches of the user agreement.

**Respectfully submitted**

**Plaintiff:   Rahila Tarverdiyeva**

460 Archway Dr.

Spring Hill

FL 34608