UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **RAHILA TARVERDIYEVA**, | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 8:21-cv-1717-MSS-SPF ) |
| **COINBASE GLOBAL, INC. a/k/a COINBASE**, | ) ) ) |
| Defendant. | ) ) / |

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION

Coinbase, Inc.[1] ("Defendant"), by and through undersigned counsel and pursuant to M.D. Fla. L. R. 3.01, hereby moves this Court for leave to file a brief reply of no more than seven (7) pages in support of its Motion to Compel Arbitration and Stay Action on the following stated bases:

1. The Clerk issued a Summons dated July 19, 2021.

2. Plaintiff ineffectively attempted service of process by certified mail and email. On July 22, 2021, Coinbase, Inc.'s registered agent received attempted service by certified mail.

---

[1] The Plaintiff's Complaint and Summons in this case name Coinbase, Inc. as the sole defendant. However, the case caption contains a misnomer of "Coinbase Global, Inc. also known as Coinbase." Accordingly, this Motion is brought solely on behalf of Coinbase, Inc.  See, Complaint [Dkt. 1] ("Compl.") and Summons [Dkt. 3].

1

3.      On August 12, 2021, Defendant proactively filed its Motion to Compel Arbitration and Stay Action.  See ECF No. 5 (the "Motion").

4.      On August 16, 2021, Plaintiff filed her Response in Opposition to the Motion. See ECF No. 8 (the "Opposition").

5.      Defendant respectfully requests leave to file a reply memorandum, not to exceed seven (7) pages, in response to the Opposition to address certain legal and factual issues contained therein. Such a reply will assist the Court in ruling on Defendant's Motion to Compel Arbitration and Stay Action.

**WHEREFORE**, Defendant respectfully requests that the Court grant it leave to file a reply memorandum in support of its Motion to Compel Arbitration and Stay Action, not to exceed seven (7) pages, within fifteen (15) days.

## MEMORANDUM IN SUPPORT

Local Rule 3.01(d) provides that "[w]ithout leave, no party may file a reply directed to a response …" Defendant respectfully requests leave to file a brief reply to address certain incorrect factual and legal characterizations and assertions contained in the Opposition.

For example, the Opposition raises factual and legal arguments beyond the Motion, such as assertions that the Defendant should be subject to default judgment.  In addition, Plaintiff argues that the arbitration clause shouldn't be applied to her because arbitration will be private, the arbitrator could be

biased, and because arbitration eliminates a jury. She also argues that the arbitration clause should not apply to her because her consent to the User Agreement was required to become a Coinbase user and because Coinbase allegedly violated the User Agreement.

A brief reply memorandum will provide important legal and factual context that will assist the Court in evaluating and ruling on Defendant's Motion to Compel Arbitration and Stay Action.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for Defendant has conferred with Plaintiff regarding the relief sought, and Plaintiff does not consent.

/s/ Amanda E. Reagan
Amanda E. Reagan
Florida Bar No. 92520
**DLA PIPER LLP (US)**
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 300
Tampa, FL 33607
Telephone: 813-229-2111
Fax: 813-229-1447
Email: amy.reagan@dlapiper.com
sheila.hall@dlapiper.com
*Attorneys for Defendant*
*Coinbase Global, Inc. a/k/a Coinbase*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that a true and correct copy of the foregoing was furnished by electronic mail and regular United States mail to:

Rahila Tarverdiyeva
460 Archway Drive
Spring Hill, FL 34608
Email: rahilatari469@gmail.com
*Pro Se* Plaintiff

                                          */s/ Amanda E. Reagan*
                                          Attorney