UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Case No.: 8:21-cv-1717-MSS-SPF

| | | |
|---|---|---|
| RAHILA TARVERDIYEVA, | ) | Plaintiff |
| vs. | ) | |
| COINBASE GLOBAL, INC. a/k/a | ) | |
| COINBASE, | ) | Defendant |

### PLAINTIFF's ADDITIONAL REPLY TO DEFENDANT'S MOTION AND THE DECLARATION FILED ON Dt. August 12, 2021

1. The Defendant has filed a Motion to compel Arbitration and Stay Action on Dt. August 12, 2021. Following the submission, the Plaintiff has filed its response on Dt. August 16, 2021.

2. The Plaintiff had denied all the contents of the Motion filed by the Defendant except for the contents specifically agreed in her response.

3. Thereafter, on August 20, 2021, the plaintiff received an email from the Defendant's Lawyer seeking consent to file the response in the Hon'ble Court. The plaintiff denied her consent and replied to the Defendant accordingly.

4. Thereafter, the Defendant had filed Leave to grant Dt. August 20, 2021, seeking permission from the Hon'ble Court to allow the Defendant to file their reply to the response filed by the Plaintiff (Dt. August 16, 2021).

5. Thus, the Plaintiff respectfully submits the Hon'ble Court with humble request that the Motion filed by the Defendant should not be allowed and that the Defendant should also not be allowed the leave of grant for the reasons mentioned herein –

    **(i)** The Plaintiff would like to reiterate all the contents mentioned in her reply filed (Dt. August 16, 2021) in the Hon'ble Court.

    **(ii)** In addition to the above reply (Dt. August 16, 2021), the Plaintiff would like to bring to the attention of the Hon'ble Court that the Defendant agree (in submission Dt. August 20, 2021) that the Plaintiff had served the summon Dt. July 19, 2021, to the Defendant and that the Defendant has received such summon on Dt. July 22, 2021.

    **(iii)** The summon included all the information about the case, including the direction of the Hon'ble Court to appear in the matter and / or file their response on record on or before August 10, 2021. Moreover, the Defendant had ample time to file their response and / or motion on or before August 10, 2021. However, the Defendant had not only failed to respond on the said date but also had failed to file any leave before the due date.

    **(iv)** If in case, the Defendant believed they cannot appear and / or are not able to file their response in the Hon'ble Court in due time, they could have filed a request, seeking permission from the Hon'ble Court to extend the time for appearing / filling their response, if any. But the Defendant neither show up in the Hon'ble Court nor have they filed any request for seeking permission from the Hon'ble Court.

    **(v)** Thus, for the above reason, the Plaintiff respectfully submits the Hon'ble Court that, the leave should not be granted.

    **(vi)** Moreover, the Plaintiff had explained in detail in her reply (Dt. August 16, 2021) the reasons that forced the Plaintiff to reach out this Hon'ble Court. In addition, the Plaintiff had also written various facts in relation to the dispute before the

      Hon'ble Court. That said, before reaching out this Hon'ble Court the Plaintiff gave ample opportunities to the Defendant on various occasions before filling the present case. Most importantly, the Plaintiff would request the Hon'ble Court to take into consideration of the facts mentioned therein before deciding the Motion. According to the Defendant the so called *"USER AGREEMENT"* on which the Defendant is trying to put its reliance that, "*any disputes shall be resolved through American Arbitration Association (AAA)*". The Plaintiff would like to bring to the attention of the Hon'ble Court that, the Plaintiff raised various complaints on the portal of the Defendant thereby requesting to resolve her dispute amicably, which the Defendant purposely and with bad intention kept on ignoring.

**(vii)** Whereas the Plaintiff before reaching this Hon'ble Court had also filed a Civil Case No. 21STCV13972 in the Hon'ble Superior Court of the state of California by my second lawyer. In the said matter the Court issued a summon to the Defendant which the Defendant acknowledged. The Defendant even after accepting the summon in the said matter, the Defendant with the bad intention neither appeared nor filed its reply / motion. The Plaintiff waited for 30 days in the hope that the Defendant would respond, and the Plaintiff would get chance to present her case in the Hon'ble Superior Court of the state of California and probably could resolve her dispute. For some personal reasons (terminated contract with the previous lawyer) the Plaintiff had to withdraw her case with prejudice from the Superior Court of the state of California to the Middle District Court of Florida and thus the Plaintiff had to file the present matter in this Hon'ble Court.

**(viii)** Thus, from the above facts, the Hon'ble Court will observe that, the Defendant had miserably failed to respond to the any of complaints raised by the Plaintiff in professional manner. Moreover, the Defendant failed to resolve disputes (in its initial stage) in accordance with articles of the User Agreement. Further, the Defendant also failed to respond in the previous matter that was filed in the Hon'ble Superior Court of California.

**(ix)** Although before reaching out to the said Hon'ble Court the Plaintiff had issued two (2) demand letters through her lawyers, which the Defendant had also failed to respond. The Plaintiff allege that the Defendant has purposely and with the bad intention to cheat on the Plaintiff, did not respond to any of her

complaints, nor respond to her demand letters, nor appeared in the previous matter. This shows that the Defendant had purposely ignored the complaints of the Plaintiff. Furthermore, the Defendant had miserably failed to resolve amicably the complaints / dispute raised by the Plaintiff on various occasions, and now the Defendant is seeking permission to stay the said proceeding and / or trying to compel the Plaintiff to lodge her complaint with the American Arbitration Association (AAA), which according to the Plaintiff is not in the interest of natural justice.

6. Thus, for the above stated reasons the Plaintiff respectfully submits the Hon'ble Court to kindly take into consideration various facts before deciding the Motion filed by the Defendant (Dt. August 12, 2021) and kindly request not to grant the leave for filling their response.

**Respectfully submitted**
**By *Pro se* Plaintiff**
**Date –** August 20, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2021, a true and correct copy of the foregoing was furnished by United States mail to:

Attorney for Defendant
Amanda Reagan
DLA Piper US, LLP
3111 W. Dr. Martin Luther King Jr. Blvd. Suite 300
Tampa, FL 33607-6233
813/222-5915
Fax: 813/371-1102
Email: amy.reagan@dlapiper.com

/s/ Rahila Tarverdiyeva
*Pro Se*     Plaintiff