## **Amendment to the PLAINTIFF's ADDITIONAL RESPONSE FILED ON August 20, 2021 TO DEFENDANT'S MOTION AND THE DECLARATION FILED ON Dt. August 12, 2021**

The Plaintiff would like to bring to the attention of the Hon'ble Court about the typo error in the response, that said, in Article # 10 on Page #3 the plaintiff has made a typo error and would like to request the amendment to rectify the mistake.

The Plaintiff wanted to mention that the case filed by the plaintiff in the Court of California was withdrawn **without prejudice,** but instead of writing the word "without prejudice" has wrote the word "with prejudice".

Thus, the plaintiff hereby respectfully submits that the typo error made by plaintiff should be rectified accordingly and the above referred Article # 10 should be replaced with the below Article, as follows

(viii)   Whereas the Plaintiff before reaching this Hon'ble Court had also filed a Civil Case No. 21STCV13972 in the Hon'ble Superior Court of the state of California by my second lawyer. In the said matter the Court issued a summon to the Defendant which the Defendant acknowledged. The Defendant even after accepting the summon in the said matter, the Defendant with the bad intention neither appeared nor filed its reply / motion. The Plaintiff waited for 30 days in the hope that the Defendant would respond, and the Plaintiff would get chance to present her case in the Hon'ble Superior Court of the state of California and probably could resolve her dispute. For some personal reasons (terminated contract with the previous lawyer) the Plaintiff had to withdraw her **case without prejudice (corrected)** from the Superior Court of the state of California to the Middle District Court of Florida and thus the Plaintiff had to file the present matter in this Hon'ble Court.

Attachments two Documents from California Court.
Please note, that Coinbase did not respond on that Case at all.

**Respectfully submitted**
**By *Pro se* Plaintiff Rahila Tarverdiyeva**
**Date –** August 25, 2021