Español   Tiếng Việt   한국어   中文   հայերեն

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>Self-Rep, Info, FAQs... | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS
English

PRINT  NEW SEARCH

## CASE INFORMATION

Case Information  |  Register Of Actions  |  FUTURE HEARINGS  |  PARTY INFORMATION  |  Documents Filed  |  Proceedings Held

**Case Number:**  21STCV13972
RAHILA TARVERDIYEVA VS DOES 1 THROUGH 20, INCLUSIVE,

**Filing Courthouse:**  Stanley Mosk Courthouse

**Filing Date:**  04/12/2021
**Case Type:**  Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)
**Status:**  Request for Dismissal - Before Trial not following ADR or more than 60 days since ADR 06/29/2021

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information  |  Register Of Actions  |  FUTURE HEARINGS  |  PARTY INFORMATION  |  Documents Filed  |  Proceedings Held

None

## PARTY INFORMATION

Case Information  |  Register Of Actions  |  FUTURE HEARINGS  |  PARTY INFORMATION  |  Documents Filed  |  Proceedings Held

DOES 1 THROUGH 20 INCLUSIVE - Defendant

TARVERDIYEVA RAHILA - Plaintiff

## DOCUMENTS FILED

Case Information  |  Register Of Actions  |  FUTURE HEARINGS  |  PARTY INFORMATION  |  Documents Filed  |  Proceedings Held

**Documents Filed (Filing dates listed in descending order)**
06/29/2021  Request for Dismissal
Filed by Rahila Tarverdiyeva (Plaintiff)

06/28/2021  Certificate of Mailing for ((Court Order Re Reassignment to Independent Calendar Court) of 06/28/2021)
Filed by Clerk

06/28/2021  Minute Order ( (Court Order Re Reassignment to Independent Calendar Court))
Filed by Clerk

**06/25/2021** Certificate of Mailing for ((Court Order Re Referring Case to Department 1 for Reassignmen...) of 06/25/2021)
Filed by Clerk

**06/25/2021** Minute Order ( (Court Order Re Referring Case to Department 1 for Reassignmen...))
Filed by Clerk

**06/23/2021** Proof of Service by Mail
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/23/2021** Notice (to Vacate Hearing)
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/15/2021** Proof of Service by Mail
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/15/2021** Substitution of Attorney
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/07/2021** Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/07/2021** Proof of Service by Mail
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/07/2021** Motion to Be Relieved as Counsel
Filed by Rahila Tarverdiyeva (Plaintiff)

**05/03/2021** Certificate of Mailing for ([PI General Order], Standing Order re PI Procedures and Hearing Date)
Filed by Clerk

**05/03/2021** PI General Order
Filed by Clerk

**04/12/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**04/12/2021** Summons (on Complaint)
Filed by Rahila Tarverdiyeva (Plaintiff)

**04/12/2021** Civil Case Cover Sheet
Filed by Rahila Tarverdiyeva (Plaintiff)

**04/12/2021** Complaint
Filed by Rahila Tarverdiyeva (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**06/30/2021** at 08:30 AM in Department 31, Thomas D. Long, Presiding
Hearing on Motion to be Relieved as Counsel - **Not Held - Advanced and Vacated**

**06/28/2021** at 08:54 AM in Department 1, David J. Cowan, Presiding
Court Order

**06/25/2021** at 12:25 PM in Department 31, Thomas D. Long, Presiding
Court Order

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

**06/30/2021** at 08:30 AM in Department 31, Thomas D. Long, Presiding
Hearing on Motion to be Relieved as Counsel - **Not Held - Advanced and Vacated**

**06/29/2021** Request for Dismissal
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/28/2021** at 08:54 AM in Department 1, David J. Cowan, Presiding
Court Order

**06/28/2021** Certificate of Mailing for ((Court Order Re Reassignment to Independent Calendar Court) of 06/28/2021)
Filed by Clerk

**06/28/2021** Minute Order ( (Court Order Re Reassignment to Independent Calendar Court))
Filed by Clerk

**06/25/2021** at 12:25 PM in Department 31, Thomas D. Long, Presiding
Court Order

**06/25/2021** Certificate of Mailing for ((Court Order Re Referring Case to Department 1 for Reassignmen...) of 06/25/2021)
Filed by Clerk

**06/25/2021** Minute Order ( (Court Order Re Referring Case to Department 1 for Reassignmen...))
Filed by Clerk

**06/23/2021** Notice (to Vacate Hearing)
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/23/2021** Proof of Service by Mail
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/15/2021** Proof of Service by Mail
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/15/2021** Substitution of Attorney
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/07/2021** Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/07/2021** Motion to Be Relieved as Counsel
Filed by Rahila Tarverdiyeva (Plaintiff)

**06/07/2021** Proof of Service by Mail
Filed by Rahila Tarverdiyeva (Plaintiff)

**05/03/2021** PI General Order
Filed by Clerk

**05/03/2021** Certificate of Mailing for ([PI General Order], Standing Order re PI Procedures and Hearing Date)
Filed by Clerk

**04/12/2021** Civil Case Cover Sheet
Filed by Rahila Tarverdiyeva (Plaintiff)

**04/12/2021** Complaint
Filed by Rahila Tarverdiyeva (Plaintiff)

**04/12/2021** Summons (on Complaint)
Filed by Rahila Tarverdiyeva (Plaintiff)

**04/12/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

[ NEW SEARCH ]