UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:21-cv-1717-MSS-SPF

**RAHILA TARVERDIYEVA,**            )            **Plaintiff**

**vs.**            )

**Coinbase Global,**
**COINBASE Inc., known as Coinbase**            )            **Defendants**

**Plaintiff hereby respectfully submits to The Hon' ble Court to decline the Defendant's motion (dated August 12 & 20, 2021) based on reasons given in this document.**

1. The Plaintiff respectfully submits that, on perusing the Motion, it seems that the Defendant had mainly relied on its User Agreement in its submission. That said, according to the Defendant, the Plaintiff has agreed to the User Agreement and thereby the Plaintiff had also agreed to opt for the Arbitration, in case any dispute arises.

2. The Plaintiff respectfully submits that, the Defendant cannot Force someone to agree to the Agreement and to choose for Arbitration, if the consent is obtained by Fraud, Deception or Mislead. The Plaintiff would like to bring to the attention of the Hon'ble Court certain facts to consider before issuing any decision, that, if the plaintiff knew that the Defendant and / or its employees would misuse such agreement and thereby would misuse the money deposited with the Defendant and moreover if any fraud is committed on the platform operated by the Defendant and / or tis employees without taking any liability of such fraud. The Plaintiff would not have given its consent. The Plaintiff also submits that, if it knew that the Defendant would not resolve the dispute and / or will not reverse / cancel pending unauthorized transactions and / or will not investigate about the misuse of the funds, the plaintiff would have never signed any such agreement and would have never transferred such a huge amount of money which is the living savings of the plaintiff to this untrusted Company.

3. The Plaintiff further submits that, the Defendant not only shedding off their responsibility towards the security of the funds of the Plaintiff, but also disagree to

refund the money which have been misused by the Defendants on its platform. Furthermore, as per the User Agreement the Defendant has mentioned in detail about the insurance policy (Please see attachment for Coinbase Insurance Policy).

4. The Plaintiff submits that the Defendant has tricked into the agreement with false representation, misleading information and thus it cannot force plaintiff to consent for arbitration. Furthermore, the agreement and all its contents are unconscionable, misleading, and thus makes it unenforceable. The Plaintiff would like to bring to the attention of the Hon'ble Court that, the fraud in the inducement occurs when one party (Defendant/Coinbase) misleads the other regarding the facts contained in the contract. And therefore, the Defendant cannot force someone into an Agreement and to agree for Arbitration by fraud or trick.

5. The Plaintiff further submits that the User Agreement should be mutual, which shall bind both parties equally. But, when one party (Defendant) violates the agreement and then seeks obligation on the other party (Plaintiff) to comply with the terms of the User Agreement, then such obligation is deemed "unconscionable" for the lack of "mutuality of obligation." And therefore, the Plaintiff hereby respectfully submits, that for the reasons mentioned herein the Hon'ble Court should reject the arguments relied on by the Defendant (i.e., agreement to arbitrate) and to hold such averments to be either inapplicable, ineffective or void.

6. Moreover, the Plaintiff relied on the User Agreement and gave its consent because she believed that according to the policy mentioned therein by the Defendant that it has insurance as described in Para # 3 herein above against the theft of digital currency which results from a security breach or hack, employee theft, or fraudulent transfer. The Plaintiff respectfully submits that the information available on the website and the information being provided by the Defendant is misleading. That said, the Defendant has refused to refund the amount that was misused by the Defendant. The Plaintiff would like to draw the attention of the Hon'ble Court, that, the Plaintiff raised various complaints on various occasions on the portal of the Defendant as per the articles mentioned in the User Agreement. The Plaintiff has also submitted enough evidence against the misuse (employee theft) of the funds and crypto assets on the defendant platform, but the Defendant even after having complaints on record, did not take proper action to protect the funds and assets. Moreover, the Defendant had an option to suspend any transactions, but the Defendant did not take any action to prevent the misuse of the funds and assets. And therefore, the Plaintiff hereby requests the Hon'ble Court should vacate the submission of the Defendant and because of misrepresentation made by the Defendant.

7. Plaintiff further submits that, it has signed the User Agreement only because the Plaintiff believed the Defendants and on the various representations made by the

Defendants in its user agreement (https://www.coinbase.com/legal/user_agreement/united_states), which is as follows –

(i) The User agreement states that, "the Defendant (Coinbase) is the most trusted company". The said representation is not true to say, because the Defendant is the most untrusted company. As described, the Plaintiff has described the report of theft of funds and crypto assets, and the Defendant has refused to investigate and until today (ten months have passed) the disputes of the Plaintiff are unresolved.

(ii) As per user agreement **2.6.1 Ownership.** "Title to Digital Currency shall at all times remain with you and shall not transfer to Coinbase. None of the Digital Currencies in your Digital Currency Wallet are the property of Coinbase. Coinbase will not sell, transfer or otherwise alienate Digital Currency in your Digital Currency Wallet". The said statement is not true and correct. Moreover, the employees working with the Defendant have access to the accounts of users (without the knowledge of the user), and also have control over the account to trade and execute the transactions without the permission of / knowledge to the users.

(iii) As per user agreement: **3.7. Unauthorized Transactions.** "If you believe you did not authorize a particular transaction, you must contact us as soon as possible either by email at https://support.coinbase.com or by phone at +1 (888) 908-7930.  It is important you notify us as soon as possible of any unauthorized transactions". The statement is also not true. The Plaintiff immediately tried to contact the support team on the portal, but unfortunately no one answered her call, and it kept on running the answering machine "If you want to block the account, press 7". The response from the Defendant was received by the Plaintiff after 4 days (by then all unauthorized pending transactions were executed). And till date the Plaintiff is still fighting for her life savings (funds) and crypto assets which she lost from her account.

(iv) As per agreement: **3.10. Reversals & Cancellations. "**We reserve the right to cancel or reverse any Digital Currency Transaction or Transfers in our sole discretion, even after funds have been debited from your account(s), if we suspect the transaction involves money laundering, fraud, in response to a subpoena, court order. In such instances, Coinbase will reverse the transaction". The Plaintiff respectfully submits that the said content is not true and correct. The Plaintiff reported her complaint with the support team, even after having the complaints of the user on the record, the Defendant company did not cancel or reverse pending transactions, and thereby have supported the unauthorized person to gain access to her account and to misuse the funds and crypto assets available in her account.

(v) As per User Agreement: **4.4. Outbound Digital Currency Transfers.**" We may refuse to process or cancel any pending Outbound Digital Currency Transfers as required by law or any court. Additionally, we may require you to wait some amount of time after completion of a transaction before permitting you to use further Coinbase Services and/or before permitting you to engage in

transactions beyond certain volume limits". The said statement is not true and correct. The Plaintiff submits that it has signed the User Agreement believing that the Defendant will protect the Plaintiff in case it reveals any unauthorized activity in the account and will cancel all unauthorized transactions in accordance with their rules. The Plaintiff submits that this is a misleading statement in the user agreement. That said, even after the Plaintiff has reported for the unauthorized activity in her account, the Defendant did not take any action and allowed the unauthorized person to execute the unauthorized transitions without the Plaintiff's permission.

(vi) As per user agreement: **7.6. Transaction Limits.** "The use of all Coinbase Services is subject to a limit on the amount of volume, stated in the U.S. Dollar terms, you may transact or transfer in a given period (e.g., daily). If you wish to raise your limits beyond the posted amounts, you may submit a request at https://support.coinbase.com. We may require you to submit additional information about yourself or your business. In our sole discretion, we may refuse to raise your limits even if you have completed Enhanced Due Diligence". The Plaintiff submits that this is not true, and it is misleading information made by the Defendant. The Plaintiff hereby respectfully submits that the Defendant has gained unauthorized access to my account and have executed such transactions which were greater than the limits allowed to my account. The Plaintiff submits that the limits have never been increased by the Plaintiff. However, if the Hon'ble Court peruses the transactions, it will reveal that the transactions were executed in excess of the limits assigned to the account. This clearly shows that the Defendant and / or its employees who were aware about the activities in the plaintiff account have gained unauthorized access and have executed unauthorized transactions by increasing the limits without information to the Plaintiff.

(vii) As per user agreement: **8.2. Formal Complaint Process.** "If you have a dispute with Coinbase (a "Complaint"), you agree to contact Coinbase through our support team to attempt to resolve any such dispute amicably. If we cannot resolve the dispute through the Coinbase support team, you and we agree to use the Formal Complaint Process set forth below." The said statement is not true. The Plaintiff respectfully submits that it has sent about 30 emails to the support team of the Defendant, but the support team failed to answer any of the complaints registered with their team (they lied to the plaintiff all the time and kept ignoring her questions) about the stolen funds/assets. The Plaintiff further submits that it has registered 2 disputes with the Defendant and sent them along with the same questionnaires. But unfortunately, the Defendant closed both disputes in 35 days and marked them as "Resolved" without providing any explanation/reasons.

(viii) As per user agreement: **8.2.1. Procedural Steps.** "In the event that your dispute with Coinbase is not resolved through your contact with Coinbase Support, you agree to use our Complaint form to describe your Complaint, how you would like us to resolve the Complaint, and any other information related to your dispute that you believe to be relevant. The Complaint form can be found on the Coinbase support pages, https://support.coinbase.com". The said statement is not true. The Plaintiff submits that the Defendant did not resolve

any of her complaints, and just closed her queries without any explanation. The Plaintiff respectfully submits that the Plaintiff in the present case is not the only victim of the Defendant company, that said, there are many users who have complained about the same issue. The said data is available in the public domain on the website www.reddit.com.

(ix)   As per User Agreement: **8.2.2. Coinbase Response.** "A Coinbase customer relations agent will review your Complaint. Within 15 business days of our receipt of your Complaint form, the Agent will address the issues raised in your Complaint form by sending you an email in which the Agent will: (i) offer to resolve your complaint in the way you requested; (ii) make a determination rejecting your Complaint and set out the reasons for the rejection; or (iii) offer to resolve your Complaint with an alternative solution". The said statement is not true. Coinbase has not offered me (Plaintiff) any way to resolve the complaint. Coinbase violated this part of the agreement as well.

(x)   As per User Agreement: **APPENDIX 2: Verification Procedures and Limits.** "Notwithstanding these minimum verification procedures for the referenced Coinbase Services, Coinbase may require you to provide or verify additional information, or to wait some amount of time after completion of a transaction, before permitting you to use any Coinbase Services and/or before permitting you to engage in transactions beyond certain volume limits. You may contact us at https://support.coinbase.com to request larger limits. Coinbase will require you to submit to Enhanced Due Diligence. Additional fees and costs may apply, and Coinbase does not guarantee that we will raise your limits". The above statement is not true. Coinbase completely violated this part of the User Agreement. Coinbase raised the withdrawal limit without my knowledge, request and without any Due Diligence.

The Plaintiff has registered her concerns with the Defendant and also has submitted enough evidence to prove the substantial relationship between the fraud committed, Misled and the misrepresentation made by the Defendant. Therefore, the Plaintiff hereby requests The Hon'ble Court to consider the above facts when deciding the motion filed by the Defendant. And believe that the Hon'ble Court will consider those facts before issuing its order. The Plaintiff further submits that, the Defendant Company should not be allowed to trick users for entering into the agreement by such misleading representations in the Agreement. The terms of the agreement itself are inherently unequal and are in favor of the Company only.

8. Moreover, the Plaintiff respectfully submits that, it has observed that, the Defendant company has blocked many accounts of its users for months without any reasons and a user can't even sue such Company for their negligence.
9. The Plaintiff further would like to draw the attention of the Hon'ble Court on some averments being relied on by the Defendant in their Motion to stay and compel the Arbitration –

**(i)**   Coinbase lawyer Amanda Reagan wrote: "Plaintiff Rahila Tarverdiyeva's complaint **arises from her use of Coinbase's services** and Coinbase's

alleged breaches of its User Agreement and therefore must be arbitrated under the Arbitration Agreement."

Amanda Reagan probably didn't read my complaint carefully or understood. I am not complaining about Coinbase services, my complaint is about all my funds (972 ETH) stolen from my account by Coinbase employees.

**(ii)** Further averment states that, the "Arbitration agreements such as the one between Plaintiff and Coinbase are valid and enforceable under the Federal Arbitration".

Amanda Reagan misleads the Hon' ble Court, If the plaintiff and the Company have signed an agreement and one of the parties (Coinbase) breaches that agreement, then the agreement is invalid, unconscionable, misleading and thus unenforceable. Plaintiff has a right to escape enforcement of such an agreement. The Plaintiff has a basic constitutional right to a jury trial in civil cases. Plaintiff is not waiving her Constitutional right to a civil trial.

**(iii)** Coinbase Lawyer Amanda Reagan gives following examples:
Courts have enforced the Coinbase User Agreement at issue here. See Sultan v. Coinbase, Inc., 354 F. Supp. 3d 156, 161 (E.D.N.Y. 2019); Pierre v. Coinbase, Inc., 2021 WL 1538015, at *1 (Sup. Ct., N.Y. Cty. Apr. 14, 2021); Strozier v. Coinbase, Inc., No. 651451/2018 (Sup. Ct., N.Y. Cty. Sept. 5 and 10, 2018).

I have read the complaints of these Plaintiffs Sultan, Pierre and Strozier. They are suing Coinbase for negligence, for blocked accounts, for losing profits. Amanda again misled the Hon' ble Court, my Complaint is about stolen money by Coinbase (defendants) employees and according to its Insurance Policy refused to refund and refused to investigate this crime.

10. The Plaintiff respectfully submits that, if the Hon'ble Court is of the opinion and forces the arbitration, then it shall obstruct the Plaintiff from the pursuit of justice, violates users' civil rights and also will fail to hold the Defendant employees accountable to the Plaintiff (user) and to the public.

11. The Plaintiff further submits that, it believes that, forced arbitration facilitates the perpetration of unlawful and improper behavior by preventing victims from being heard in an open court of law and preventing their complaints from being made public. In addition, because there is no "verdict" and the findings of forced arbitration are private and confidential, there is no ability for plaintiffs to uncover company-wide data to expose patterns and prior practices of violations.

12. The Plaintiff further submits that, it will deprive the Plaintiff (users) from reaching out to court, and the Defendant and such other companies may continue their unlawful

practices without any risk of real accountability. And the Plaintiff's right to fair treatment is inevitably compromised. Moreover, a favorable monetary arbitration award can feel like a hollow victory for a Plaintiff who has suffered months of ignoring at the hands of the Company.

13. The Plaintiff also believes that the forced arbitration can be devastating. It is an unconstitutional, unfair process whereby Plaintiffs are prevented from suing those company(s) for violating the law and are forced to have their claims heard and adjudicated in a private binding arbitration. The most serious concern with forced arbitration is that they are conducted in private, not publicly filed, and deprive plaintiffs of their day in court and the right to conduct discovery and a trial by jury. They lack utter transparency; accountability and the company(s) is/can shield unlawful and unfair practices from the public.

14. Furthermore, the forced arbitration is binding, and the rulings are final. It is almost impossible for a Plaintiff to appeal an unfair or erroneous decision, as may be done in a court of law. Lastly, forced arbitration is subject to little if any government oversight.

Thus, for the reasons mentioned herein the Plaintiff respectfully submits that the Motion filed by the Defendant should not be allowed and the Defendant should not be allowed to trick the users by misleading information and taking undue consent from the users. The Plaintiff further requests the Hon'ble Court to kindly assign further dates for hearing / proceeding.

**Respectfully submitted by September 2, 2021**

**By Pro Se Plaintiff**
**Rahila Tarverdiyeva**
460 Archway Dr.
Spring Hill
FL 34608
Phone: 404-200-0378